# CASES DETERMINED

# August Term, 1917.

STATE, Appellant, vs. GUARANTEED INVESTMENT COMPANY, Respondent.

*February 3, 1916—October 23, 1917.*

*Taxation: Lands acquired by the state: Prior tax sales: Redemption.*

As a condition of quieting the title to certain lands acquired by the state, redemption thereof from sales for taxes levied prior to such acquisition is required—the payments to be made from the state treasury as authorized in sub. (c), sec. 1, ch. 572, Laws 1917.

APPEAL from a judgment of the circuit court for Oneida county: A. H. REID, Circuit Judge. *Modified and affirmed.*

The *Attorney General* and *J. T. Dithmar,* assistant attorney general, for the appellant.

For the respondent the cause was submitted on the brief of *L. A. Doolittle* of Eau Claire.

PER CURIAM. This is an action to quiet title to a large number of parcels of land owned by the state upon which the defendant holds tax deeds. The state claimed that the lands were exempt from taxation and that the deeds were void by reason of certain irregularities in the tax proceedings.

The trial court held the deeds void because of defects in the tax proceedings and required the state to pay the amounts for which the lands were sold into court with fifteen per cent. interest or forfeit title. The case was brought here by ap-

peal on the part of the state (163 Wis. 292, 158 N. W. 84), and this court held that the lands were not exempt from taxation, but that the legislature ought to determine what the policy of the state should be with regard to redemption, and continued the cause until further order.

It appears that the legislature of 1917, by ch. 572 of the session laws of that year, has made provision for just such cases. Sub. (c) of sec. 1 of that act provides that in any such action as the present, when the court as a condition of relief orders the payment by the state of a definite amount, the commissioners of public lands may order such amount to be paid from the state treasury. In view of this provision it seems that this case may now be finally disposed of in this court. The judgment below will be modified so as to give the state time to make the payment required, and as modified affirmed.

*By the Court.*—Judgment modified by extending the time for payment of the sums ordered to be paid by the state until and including January 1, 1918, and as so modified affirmed. No costs to be taxed, except clerk's fees of this court to be paid by respondent.